## YOUNGBLOOD et al. v. J. H. POULTER & SONS.

No. 10687—Opinion Filed Jan. 30, 1923.

(Syllabus.)

### Appeal and Error—Dismissal.

Where plaintiff in error has failed to comply with Rule 7 of this court, and defendants in error move to dismiss appeal, for failure to comply with said rule, and no response is made to such motion, nor application made for leave to file brief, the motion will be sustained and the cause dismissed for failure to comply with said Rule 7.

Error from District Court, Carter County; Thos. W. Champion, Judge.

Action by J. H. Poulter & Sons, against C. A. Youngblood et al. on promissory note. Judgment for plaintiffs, and defendants appeal. Dismissed.

Eddleman & Sneed, for plaintiff in error.

Wm. G. Davisson, for defendants in error.

HARRISON, J. This cause was filed June 17, 1919, was assigned for submission April 12, 1922; no brief in the meantime filed by either party. On March 15, 1922, defendants in error filed motion to dismiss said cause together with proof of service, for failure to comply with rule 7 of this court. No response to motion of defendants in error to dismiss has been filed, nor has application for leave to file brief been made to this date, hence, under rule 7 of this court the appeal is dismissed.

JOHNSON, V. C. J., and KANE, McNEILL, KENNAMER, COCHRAN, and BRANSON, JJ., concur.